■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH YANIK, Appellant. [989 NYS2d 364]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered March 1, 2012, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the verdict was against the weight of the evidence in light of, inter alia, certain testimony regarding lighting conditions and the police officers' treatment of the defendant's companions. Upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of

guilt was not against the weight of the evidence (*see People v Delamota*, 18 NY3d 107, 116-117 [2011]; *People v Romero*, 7 NY3d 633 [2006]).

The defendant's contention that the Supreme Court improperly curtailed defense counsel's cross-examination of a police witness is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, any error the Supreme Court may have committed was harmless (*see People v Crimmins*, 36 NY2d 230, 242 [1975]). Skelos, J.P., Dillon, Maltese and Barros, JJ., concur.